IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                                CASE NO. 1:90-cr-01013-MP

CURTIS LUNDERMAN,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 613, Motion to Amend this Court's prior order

regarding the satisfaction of mortgage of Charles E. Lunderman and Sue B. Lunderman.  The

United States has filed an amended satisfaction of mortgage, Doc. 615.  Therefore, the Motion to

Amend is moot.

      **ORDERED AND ADJUDGED:**

1.      The Motion to Amend, Doc. 613, is DENIED as moot.

2.      The United States first Amended Satisfaction of Mortgage, Doc. 614, is
terminated due to the submission of a second Amended Satisfaction of Mortgage,
Doc. 615.

      **DONE AND ORDERED** this   *3rd*   day of May, 2005.


      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge